In the United States District Court
for the Southern District of Texas
Laredo Division

| | | |
|---|---|---|
| HUMANA INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | Case No. 5:23-cv-00141 |
| | § | |
| LPH HEALTHCARE, LLC d/b/a LAREDO EMERGENCY ROOM, | § | |
| | § | |
| | § | |
| *Defendant*. | § | |

**Joint Settlement Status Update – Case Settled in Principle**

The parties have settled this matter in principle. The parties need to work out some details and prepare and execute the settlement documents. Once the settlement documents are executed, the parties will update the Court.

Both sides are optimistic that the settlement documents will be executed by May 30, 2025.

Respectfully submitted,

**FALKENBERG IVES LLP**

*/s/ Megan A. Zmick (by permission)*

Megan A. Zmick
Admitted Pro Hac Vice
230 W. Monroe Street, Suite 2220
Chicago, Illinois 60606
(312) 566-4800
maz@falkenbergives.com

*Counsel for Plaintiff Humana Inc.*

*And*

**NICHOLS WEITZNER THOMAS LLP**

*/s/ Zachary W. Thomas*
Scott Nichols
Texas Bar No. 14994100
(713) 405-794
snichols@nwtlaw.com
Zachary W. Thomas
Texas Bar No. 2470739
(713) 405-7096
zthomas@nwtlaw.com
2402 Dunlavy Street
Houston, Texas 77006

*Counsel for Defendant Laredo ER*

## Certificate of Service

I certify that this document was electronically filed and served on all counsel of record via Pacer on May 15, 2025.

*/s/ Zachary W. Thomas*
Zachary W. Thomas