United States District Court
Southern District of Texas
**ENTERED**
May 16, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| HUMANA INC. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:23-CV-141 |
| | § | |
| LPH HEALTHCARE, LLC d/b/a | § | |
| LAREDO EMERGENCY ROOM | § | |

## ORDER ON CLOSING DOCUMENTS

Before the Court is the parties' Joint Settlement Status Update. (Dkt. No. 35). In it, the parties advise the Court that the matter has been settled and that the parties are "optimistic that the settlement documents will be executed by May 30, 2025." (*Id*. at 1).

As a result of the settlement agreement reached between the parties, the Court **ORDERS** the parties to file closing documents that are in compliance with Fed. R. Civ. P. 41 (e.g., a stipulated dismissal signed by counsel for all parties or agreed Rule 41(a)(2) motion to dismiss) by **May 30, 2025**. In the event the parties are not able to finalize the closing documents within that time, they must file a motion to extend the deadline with a showing of good cause.

Additionally, the Court **TERMINATES** all active court settings and deadlines.

IT IS SO **ORDERED**.

**SIGNED** on this 16th day of May, 2025.

Christopher dos Santos
United States Magistrate Judge