**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| HUMANA INC. | | |
| Plaintiffs, | ) | |
| | ) | Case No. 5:23-CV-141 |
| v. | ) | |
| | ) | |
| LPH HEALTHCARE, LLC d/b/a, LAREDO EMERGENCY ROOM, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>JOINT STIPULATION TO DISMISS WITH PREJUDICE</u>**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Humana Inc. and Defendant LPH Healthcare, LLC hereby stipulate that all disputes and controversies between them have been resolved pursuant to settlement and shall be dismissed with prejudice with each party to bear its own costs and attorneys' fees. A proposed order is attached.

Dated: May 30, 2025.

Respectfully submitted,

By: *__/s/ Megan Zmick____________*
Kirstin B. Ives (admitted *pro hac vice*)
kbi@falkenbergives.com
Megan A. Zmick (admitted *pro hac vice*)
maz@falkenbergives.com
Falkenberg Ives LLP
230 W. Monroe, Suite 2220
Chicago, Illinois 60606
312-566-4800

-and-

By: *__/s/Scott Nichols______*
Scott Nichols
Texas Bar No. 14994100
snichols@nwtlaw.com
Zachary W. Thomas
Texas Bar No. 2470739
zthomas@nwtlaw.com
Nichols Weitzner Thomas LLP
2402 Dunlavy Street
Houston, Texas 77006
(281) 727-8442

COUNSEL FOR DEFENDANT

Raj Aujla
Southern District Bar No. 1215554
State Bar No. 24064846
raujla@maynardnexsen.com
Lisa P. Alcantar
Southern District Bar No. 1093319
State Bar No. 24069284
lalcantar@maynardnexsen.com
Maynard Nexsen, P.C.
7373 N. Broadway St.
Suite 403, Office 1 & 2
San Antonio, Texas 78212
Telephone: (512) 696-6557

COUNSEL FOR PLAINTIFF