**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| HUMANA INC. | | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 5:23-CV-141 |
| v. | ) | |
| | ) | |
| LPH HEALTHCARE, LLC d/b/a, | ) | |
| LAREDO EMERGENCY ROOM, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Pursuant to the parties' Joint Stipulation to Dismiss, it is hereby ordered that this case is dismissed with prejudice pursuant to the settlement by and between the parties resolving all claims at issue.

SO ORDERED this ____ day of _______________, 2025

_________________________________
Christopher dos Santos
United States Magistrate Judge